UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA S. DANIELS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 16-cv-10390

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S FEBRUARY 28, 2017 REPORT AND RECOMMENDATION (ECF NO. 26), (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 19), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 24), (4) REVERSING THE DECISION OF THE COMMISSIONER AND (5) REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

On March 10, 2016, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment to the extent it seeks a remand pursuant to Sentence Four of 42 U.S.C. § 405(g), DENY Defendant's Motion for Summary Judgment, REVERSE the decision of the Commissioner and REMAND this matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g). Having reviewed the Report and Recommendation, which informed the parties of their right to object within fourteen days of service of the Report, and there being no timely objections under 28 U.S.C.

§ 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 26), GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 19), DENIES Defendant's Motion for Summary Judgment (ECF No. 24), REVERSES the decision of the Commissioner and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g) consistent with the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 31, 2017.

s/Deborah Tofil
Case Manager